UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RONNIE HADDAD, Individually and on
Behalf of All Others Similarly Situated,   :

              Plaintiff(s),   :

              v.   :

EDAP TMS S.A., MARC OCZACHOWSKI,   :  Civ. Action No. 1:14-cv-06188-LGS
and ERIC SOYER,     [rel. 1:14-cv-06069-LGS]

             Defendants.   :

    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EDAP TMS S.A. hereby makes the following disclosure:

      EDAP TMS S.A.("EDAP") has no parent corporation.  No publicly traded company owns ten percent (10%) or more of the stock of EDAP.

Dated: September 25, 2014

                                      Respectfully submitted,

                                      /s/ *Michael G. Bongiorno*
                                      Michael G. Bongiorno
                                      WILMER CUTLER PICKERING HALE AND DORR LLP
                                      7 World Trade Center
                                      250 Greenwich Street
                                      New York, NY 10007
                                      Tel: (212) 230-8800
                                      Fax: (212) 230-8888
                                      Email: michael.bongiorno@wilmerhale.com

                                      *Counsel for Defendant EDAP TMS, S.A.*