UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN A. EATON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>EDAP TMS S.A., MARC OCZACHOWSKI, and ERIC SOYER,<br><br>Defendants. | Case No. 1:14-cv-06069-LGS |
| RONNIE HADDAD, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDAP TMS S.A., MARC OCZACHOWSKI, and ERIC SOYER,<br><br>Defendants. | Case No. 1:14-cv-06188-LGS |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF OSCAR CARLOS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, ADAM M. APTON, hereby declare that:

1. I am an associate with the law firm Levi & Korsinsky LLP, proposed lead counsel for movant Oscar Carlos ("Carlos"). I respectfully submit this declaration in support of Carlos' Motion for Consolidation of the Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above captioned actions.

2. Attached hereto as Exhibit A is a true and correct copy of the certifications signed by Carlos.

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing the losses of Carlos.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from Carlos' account statement as of July 30, 2014.

5. Attached hereto as Exhibit D is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in this Court on August 4, 2014.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Levi & Korsinsky LLP.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: October 3, 2014

                                                    /s/ Adam Apton  
                                                    Adam M. Apton